# UNITED STATES DISTRICT COURT
## District of Minnesota

Eliseo Medina Merino,

Petitioner(s),

v.

Kristi Noem, Todd M. Lyons, and David Easterwood,

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-255 LMP/LIB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Eliseo M. M.'s Petition for a Writ of Habeas Corpus (ECF No. 1) is GRANTED as follows:

a. The Court DECLARES that Eliseo M. M. is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226.

b. The Government is ordered to provide Eliseo M. M. with a bond redetermination hearing under 8 U.S.C. § 1226(a) on the merits of his release no later than January 28, 2026.

c. If the Government does not provide Eliseo M. M. with a bond redetermination hearing as required by this Order, he must be immediately released from detention.

d. No later than January 29, 2026, the Government shall provide the Court with a status update concerning the results of any bond hearing conducted pursuant to this Order, or if no bond hearing was held, advise the Court regarding Eliseo M. M.'s release.

2. No later than January 23, 2026, the Government is ORDERED to provide a declaration from an appropriate declarant describing the date and time at which Eliseo M. M. was transferred to Texas.

Date: 1/21/2026

KATE M. FOGARTY, CLERK